UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Crim. No. 08-499 (JAP) |
| | | Hon. Joel A. Pisano |
| v. | : | |
| DEMETRIOS TSOUTSAS, et al. | : | CONTINUANCE ORDER |

RECEIVED
FEB - 3 2009
AT 8:30_____M
WILLIAM T. WALSH
CLERK

THIS MATTER having come before the Court for an in-chambers status conference on February 2, 2009, and the parties, the United States (Ralph J. Marra, Jr. Acting United States Attorney for the District of New Jersey, by Eric M. Schweiker, Assistant U.S. Attorney), and the defendants, DEMETRIOS TSOUTSAS, ULYSSES INCORPORATED, and MELSTROM MANUFACTURING CORPORATION (James S. Friedman, Esq., counsel), having made a joint application for an Order continuing this matter for a period of thirty (30) days; and the Government representing that it requires additional time to determine whether to continue with ongoing plea negotiations, or seek a superseding indictment; and the Court having granted said continuance in in chambers; and for good cause show;

IT IS, on this __3d__ day of __Feb__, 2009, with the consent of the parties and for good cause shown, hereby ORDERED as follows:

The Court having found, pursuant to Title 18, United States Code, Sections 3161(h)(8)(A) and (B)(iv), that the ends of justice served by granting a continuance in this case outweigh the best interest of the public and the defendants in a speedy trial, because all parties have consented to the continuance, and because allowing the parties to pursue a resolution of the case could result in the conservation of judicial resources, this case is hereby CONTINUED for a period of thirty (30) days from February 2, 2009, and all time from February 2, 2009, through and including March 3, 2009,

shall be EXCLUDED in computing time under the Speedy Trial Act of 1974.

BY THE COURT:

_____
Hon. Joel A. Pisano
United States District Judge

I hereby consent to the
form and entry of this Order.

_____
Eric M. Schweiker
Assistant U.S. Attorney

Dated: 2/2/09

_____
James S. Friedman, Esq.
Counsel for All Defendants

Dated: 2/2/09